THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTHUR HARRIS, | CASE NO. C20-0642-JCC |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| NEW REZ, LLC, *et al.*, | |
| Defendants. | |

This matter comes before the Court *sua sponte*. Plaintiff filed an affidavit of service (Dkt. No. 23) with the Court on September 5, 2020. In the affidavit, Plaintiff indicates he completed service of process on Defendants New Rez LLC, Ditech LLC, and Shellpoint Mortgage Company on September 3, 2020 by sending a copy of his Complaint (Dkt. No. 1-1), a copy of the Court's Order Regarding Discovery and Depositions (Dkt. No.7), and Summonses for all three Defendants (Dkt. Nos. 22, 22-1, 22-2) to Defendant Shellpoint Mortgage Company's last known address. Defendants have not appeared in this matter.

Unless a defendant waives service or state law provides for service by mail, a plaintiff must effect service through *actual hand delivery* of a copy of a summons and complaint to an *officer* or authorized *agent* of each corporation, partnership, or association. Fed. R. Civ. P. 4(h).

Plaintiff's affidavit does not show compliance with this rule. *See generally* Fed. R. Civ. P. 4.

Plaintiff is hereby ORDERED TO SHOW CAUSE why this case should not be dismissed without prejudice. In order to avoid dismissal, Plaintiff must, within sixty (60) days of this order, provide the Court with an affidavit of service demonstrating compliance with the requirements of the Federal Rules of Civil Procedure.

DATED this 17th day of September 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE